UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **JOSHUA HARMS,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF SIBLEY, IOWA, GLENN ANDERSON, Sibley City Administrator**, *in his individual and official capacity,* and **SUSAN SEMBACH, Sibley City Clerk**, *in her individual and official capacity*,<br><br>Defendants. | Case No. 5:18-cv-4023<br><br><br>**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

COMES NOW Plaintiff, by and through his attorneys, and respectfully moves this Court for a Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65(a), based on Plaintiffs' Brief in Support of Its Motion for a Preliminary Injunction, attached Exhibits A through E, and the Verified Complaint contemporaneously filed with this Court.

Plaintiff seeks a preliminary injunction prohibiting the Defendants from further prior restraint of or retaliation for his lawful speech related to his prior or future criticism of the town of Sibley, Iowa or its municipal government.

March 8, 2018.

Respectfully submitted,

/s/ Rita Bettis
**Rita Bettis**, AT0011558
ACLU OF IOWA FOUNDATION, INC.
505 Fifth Ave., Ste. 808
Des Moines, IA 50309–2317
Telephone: 515.243.3988

Fax: 515.243.8506
rita.bettis@aclu-ia.org

*s/Glen S. Downey*

Glen S. Downey  AT0012428

DOWNEY & MUNDY, PLLC
303 E. Court Avenue
Des Moines, IA 50309
Tel: (515) 288-1552
Fax: (515) 259-7599
glen@downeymundy.com
nathan@downeymundy.com

*Attorneys for Plaintiff*