**DeKoter, Thole, Dawson & Rockman, P.L.C.**
*ATTORNEYS AT LAW*
315 Ninth Street
P.O. Box 253
Sibley, Iowa 51249-0253
Phone 712/754-4601
Fax: 712/754-2301

DANIEL E. DeKOTER
MICHAEL E. THOLE
HAROLD D. DAWSON*
NATHAN J. ROCKMAN**
BRANDON J. KRIKKE
*Licensed in South Dakota
**Licensed in Minnesota

L.L. CORCORAN 1912-1992
DONALD E. SKIVER 1923-1989
RICHARD D. ZITO 1944-1994
Email author: dandekoter@sibleylaw.com
Mobile author: 712/330-4538
www.sibleylaw.com

December 12, 2017

Joshua Harms
1009 9th Street
Sibley, Iowa 51249

Re: City of Sibley
shouldyoumovetosibleyia.com

Dear Mr. Harms:

Our firm represents the City of Sibley. You are the author and domain name owner of a web site, shouldyoumovetosibleyia.com. Copies of relevant documents showing the site and your authorship are enclosed.

You were understandably frustrated by the issues with IDP, which have been alleviated through litigation. However, you have not modified your web site despite the progress made. In fact, you re-registered the domain name in 2017 rather than take it down. To make matters worse, the web site contains a recital that the town is "still being polluted as of" the date someone views the web site. This leaves the impression that the information on the site is current.

I am reliably informed that the Avera clinic lost a physician prospect who read your web site. At present, the web site libels the City of Sibley, interferes with recruitment of businesses and new residents, and negatively affects property values. That interference is likely your intention, since you took the time to re-register the domain name. I have no idea why you, as a community resident, would want to do harm to your fellow citizens as you are doing.

So I am writing to ask that you take down your site and not replace it with other derogatory material. If the web site is not taken down within ten days of the date of this letter, your next notice will be in the form of a lawsuit.

Sincerely,

DEKOTER, THOLE,
DAWSON & ROCKMAN, P.L.C.

Daniel E. DeKoter

DDK:mh
Enclosures
cc: Client