# EXHIBIT C

## Sibley City Council Minutes

**REGULAR SESSION**
**DECEMBER 11, 2017**

The City Council of the City of Sibley met in regular session at 5:00 o'clock PM on December 11, 2017. The meeting was called to order by Mayor Johnson. Council Members present were Henningsen, Hiemstra, Nobles, Spooner and Pedley. Absent none. Also present at the meeting City Administrator Glenn Anderson, City Clerk Susan Sembach.

Motion by Nobles seconded by Hiemstra to approve the agenda. All voted Aye. Nay none.

Motion by Spooner seconded by Henningsen to approve the consent agenda as follows: approve minutes from the previous meeting and approve bills and bills paid in vacation. All voted Aye. Nay none.

**BILLS SUBMITTED**

| | |
|---|---|
| A & D TEE TIME, PRO-SHOP SALES | 386.95 |
| ACCESS SYSTEMS, COMPUTERS | 19,335.35 |
| ADVANCED SYSTEMS, MAINT AGRMT/LATE FEE | 202.48 |
| ADVANTAGE ADMINISTRATORS, HEALTH INS REIMB | 1,461.31 |
| ALLIANT ENERGY, ELECTRIC/GAS | 2,635.74 |
| ALLPRESS & MOORE RR, RAILROAD INSPECTION | 212.18 |
| AMAZON, BOOKS/MOVIES | 419.46 |
| ATCO INTERNATIONAL, SLIP-N-SLIDE | 155.75 |
| AVERA MEDICAL GROUP, PHYSICAL | 179.00 |
| BAKER & TAYLOR, BOOKS | 596.23 |
| BECHLER DAN, MEETING/FIRE CALL | 487.00 |
| BORDER STATES, LIGHTS | 602.90 |
| BUARAPHA JOHN, MEETING/FIRE CALL | 504.00 |
| BUTLER AUSTIN, MEETING/FIRE CALL | 47.00 |
| BYERS CONNIE, MEETING/FIRE CALL | 84.00 |
| CARDA DALE, MEETING/FIRE CALL | 348.00 |
| CHERRY LAKE PUBLISHING, BOOKS | 33.98 |
| CHILD'S WORLD, BOOKS | 303.20 |
| CITY OF SIBLEY, UTILITY PAYMENT | 4,212.76 |
| COMPASS POINT, DONATION | 500.00 |
| COOP ENERGY, UNLEADED | 5,293.47 |
| DE JONG OIL & REPAIR, REPAIR | 225.72 |
| DEL'S GARDEN CENTER, FALL CLEAN-UP | 294.00 |
| DEPARTMENT OF ENERGY, PURCHASE POWER | 41,979.47 |
| DERUYTER SHEILA, JANITOR | 67.52 |
| DUCKETT TREVOR, MEETING/FIRE CALL | 6.00 |
| DYKSTRA CORY, CELL PHONE | 20.00 |
| EFTPS, FED/FICA TAX | 12,187.03 |
| FIRST NATIONAL BANK, ID-RIVE/ANTI-VIRUS | 90.98 |
| FISHER HENRY, JANITOR | 225.00 |
| GREGORY FUNK, MEETING/FIRE CALL | 577.00 |
| GRAPHIC EDGE, JERSEYS | 365.70 |
| HABBEN GALEN, MEETING/FIRE CALL | 631.00 |
| HAWKINS JASON, MEETING/FIRE CALL | 390.00 |
| NICK HEIDEBRINK, MEETING/FIRE CALL | 421.00 |
| HEIMAN FIRE EQUIPMENT, INSPECTION | 111.00 |
| HIBMA SARA, CELL PHONE | 20.00 |
| HINDT BROCK, MEETING/FIRE CALL | 160.00 |
| HOSPERS TELEPHONE CO, CABLE TV | 37.80 |
| HULS KEN, MEETING/FIRE | 716.00 |
| O'LEARY AVIATION, PHONE | 4,379.54 |
| | 50.00 |
| ONE OFFICE SOLUTION, BUSINESS CARD/PAPER | 531.09 |
| ONKEN STEVE, CELL PHONE | 20.00 |
| ORIENTAL TRADING CO, STICKERS/REINDLER | 20.44 |
| OSCEOLA CO GAZETTE, ADS | 634.79 |
| OSCEOLA ELECTRIC COOP, SIGN ELECTRIC | 35.17 |
| PALSROK CHRISTOPHER, MEETING/FIRE CALL | 307.00 |
| PEDLEY LARRY, MILEAGE | 61.53 |
| POSS WAYNE, CELL PHONE | 20.00 |
| PREMIER COMM, PHONE/INTERNET | 1,217.96 |
| REEKERS CLARK, CLEAN CARPET/RUGS | 1,025.00 |
| ROZEBOOM RYAN, MEETING/FIRE CALL | 431.00 |
| RUNNING'S FARM & FLEET, RAIN PANTS/JACKET | 145.73 |
| SCHULTY MIKE, DEMOLITION INCENTIVE | 1,500.00 |
| SCHUMACHER ELEVATOR, SCHEDULED MAINTENANCE | 203.68 |
| SEIVERT BRIAN, CELL PHONE | 20.00 |
| SIBLEY CHAMBER, FY18 FUNDING | 833.33 |
| SIBLEY HARDWARE, SUPPLIES | 505.05 |
| SIBLEY PIZZA RANCH, PIZZA | 45.53 |
| SIBLEY SHEET METAL, FILTER | 30.00 |
| SIBLEY SUPER FOODS, FOOD | 373.73 |
| SMIDT VERLYN, TRAP BEAVER | 120.00 |
| SPINE & SPORT CHIROPRACTIC, SPINAL ADJUSTMENT | 95.00 |
| THOMPSON AUTOMATION, SCADA REPAIR | 250.00 |
| TREASURER STATE OF IOWA, SALES TAX/PENALTY | 23,198.68 |
| UNITED PARCEL SERVICE, SHIP SAMPLE | 1.87 |
| USGA, ANNUAL MEMBERSHIP | 110.00 |
| VAN WESTEN SCOTT, CELL PHONE | 20.00 |
| VANDE GRIEND JEFFREY, MEETING/FIRE CALL | 543.00 |
| VON HOLDT JOSHUA, MEETING/FIRE CALL | 188.00 |
| WEDGE MIKE, STEM I-PADS REIMB | 620.00 |
| WELLMARK BLUECROSS, HEALTH INS | 1,996.21 |
| WELLS FARGO, NEW MOWER | 649.64 |
| WIERSMA JAMES, MEETING/FIRE CALL | 599.00 |
| WOLLMUTH DUSTIN, MEETING/FIRE CALL | 138.00 |
| WRIGHT EXPRESS, DIESEL/GAS | 1,530.96 |
| ZIMCO SUPPLY, OPTIMIZER/ARMOR TECH | 114.00 |
| **TOTAL ACCNTS PAYABLE** | **144,004.45** |
| PAYROLL CHECKS, NET PAY | 32,428.35 |
| **PAID TOTAL** | **176,432.80** |
| **REPORT TOTAL** | **176,432.80** |

**VACATION BILLS**

| | |
|---|---|
| Osceola Co Rural Water, Water Purchase | 9,259.25 |
| IPERS, IPERS W/H | 12,082.07 |
| IPERS, IPERS W/H | 12,288.96 |
| Advantage Admin, Health Ins Reimb | 1,091.12 |
| Petty Cash, Postage | 40.32 |
| Treasurer State of Iowa, Sales Tax | 9,030.72 |
| Treasurer State of Iowa, State W/H | 4,128.96 |
| Treasurer State of Iowa, Sales Tax | 1,989.00 |
| Treasurer State of Iowa, Sales Tax | 4,577.00 |
| Treasurer State of Iowa, State W/H | 3,473.00 |
| Advantage Admin, Health Ins Reimb | 1,461.31 |
| US Postmaster, Utility Bill Postage | 308.14 |
| Fund $4,669.98 | |
| Revolving Loan | |
| Debt Service | |
| ital Project | |
| $74,010.67, Water | |
| $833.33, 2013 Water Sinking | |
| $4,142.31, Sewer $27,522.18, Sewer Relocation $1,858.42, Electric $255,662.55, Trust & Agency $1,125.00, Garbage $29,858.45, Golf $12.00, Health Insurance $116.09. | |

Councilperson Pedley introduced Resolution No 1402-17, Resolution Approving the Recommendation of the Golf Course Commission Rate Increase and moved that the same be adopted. Councilperson Hiemstra seconded the motion to adopt. The roll was called and the vote was Aye 5. Nay 0.

Councilperson Spooner introduced Resolution No 1403-17, Resolution Approving CMBA Architects Fee Proposal and moved that the same be adopted. Councilperson Pedley seconded the motion to adopt. The roll was called and the vote was Aye 5. Nay 0.

Chamber President Jen Greve was present at the meeting to discuss with the Council regarding the Chamber employee. They are inquiring if the Chamber employee could be under the City and work 20 hours for the Chamber and 20 hours for the City to be a fulltime employee with receiving City benefits. They would like a start date of February 1, 2018.

Sara Hibma was present at the meeting regarding swimming lessons at the AmericInn for the summer of 2018. The pool is not deep enough to go beyond Level 3 of swimming lessons. Motion by Henningsen seconded by Hiemstra to approve drawing up a contract between the City of Sibley and AmericInn for rental. All voted Aye. Nay none.

Administrators report included Motion by Spooner seconded by Pedley to fund the Osceola County Public Safety for FY19 contribution of $394,467.00. All voted Aye: Spooner, Pedley, Hiemstra and Henningsen. Nay: Nobles. Discussed a negative website regarding moving to Sibley that was posted-attorney sending letter to get it down, discussed Treasurer's report and Thanked Rod Hiemstra for being a fill-in Councilperson.

Swearing-in of Councilmembers Jan Henningsen, Mitchell Ackerman, Misty Spooner and Larry Pedley.

Motion by Henningsen seconded by Nobles to adjourn at 5:45 P.M. All voted Aye. Nay none.

Jerry L. Johnson
Mayor

ATTEST:
Susan Sembach
City Clerk

**SPECIAL SESSION**
**DECEMBER 13, 2017**

The City Council of the City of Sibley met in special session at 4:00 o'clock PM on December 13, 2017. The meeting was called to order by Mayor Pro-Tem Larry Pedley. Council Members present were Spooner, Ackerman, and Pedley. Absent Henningsen, Nobles. Also present at the meeting at 5:00 P.M.

Motion was made by Patrick Devries and seconded by LeRoy DeBoer to approve the agenda, which were emailed prior to the meeting. Motion carried unanimously.

Motion was made by Jerry Johnson and seconded by Dean Phillips to approve the minutes of the November 8, 2017 meeting as printed, which were emailed prior to the meeting. Motion carried unanimously.

Claims were reviewed and discussed. Motion was made by Jan Henningsen and seconded by Jerry Helmers to approve the claims for payment. Motion carried unanimously.

Fifteen bids were received and opened for the 2010 Ford F150 pickup, with high bid going to Kevin Klaassen for $5,700. Motion to accept the bid by Jerry Johnson and seconded by LeRoy DeBoer. Motion carried unanimously.

Sheriff Weber presented the 2018/19 public safety proposed budget of $1,360,700, a 2.87% increase.

Motion was made by Jan Henningsen and seconded by Jerry Helmers to set the January 2018 meeting for January 10, 2018 at 5:00 P.M. Motion carried unanimously.

With no further business and discussion, Jerry Johnson made a motion to adjourn at 5:24 P.M., which was seconded by LeRoy DeBoer. Motion carried unanimously.

Chairman Arlyn Pedley

Respectfully submitted by Brenda Hibbing

**Claims Approved by Public Safety**
**December 13, 2017**

**Unified Law Fund**
| | |
|---|---|
| "Solutions", Reset Password | 28.75 |
| Alliant Energy/IPL, Radio Tower Utilities | 50.11 |
| Brad's Auto Specialties, Put Markings on Pick-up | 66.00 |
| Cooperative Energy Co, Gas/Tire Balanced | 2,533.65 |
| First National Bank, Gas/Uniform/Drug Cups/Misc | 631.54 |
| Ia Narcotics Officers Assoc, Renewal Membership | 25.00 |
| Jeddeloh-Ford-Mercury, Patrol Cars Serviced/Repairs | 417.33 |
| Postmaster -Sibley, Postage | 490.00 |
| Premier Communications, Phone Service | 290.20 |
| The Press, Publications/Ad | 331.38 |
| Sibley Gazette-Tribune, Publications/Forms | 255.31 |
| Sibley Veterinary Clinic, Dog Food | 293.38 |
| USPCA Region 21, Membership | 50.00 |
| Watchguard Video, Car/Body Camera | 5,845.00 |
| 911 Installs, Installed/Uninstalled Equip | 3,348.45 |

Minutes from the previous meeting were read. A motion was made by Trei and seconded by Ommen to approve the minutes. All were in favor. The motion was carried.

As lagoon improvements will need to be made, a discussion was held regarding a sewer rate increase. The last rate increase was in 2014. Effective January 1, 2018 the sewer rate will increase from $20.00 per month to $23.00 per month.

Councilmember Honkomp introduced the following Ordinance entitled " AN ORDINANCE AMENDING THE CODE OF ORDINANCES OF THE CITY OF ASHTON, IOWA BY ADDING PROVISIONS PERTAINING TO SEWER RATES" and moved that the three readings be waived. Councilmember Trei seconded the motion to waive the three readings. The roll was called and the vote was as follows: AYES: Klein, Trei, Honkomp and Ommen. NAYS: None. The Mayor declared that the motion to waive the three readings had passed. Councilmember Trei then moved that the proposed Ordinance be adopted. Councilmember Ommen seconded the motion to adopt. The roll was called and the vote was: AYES: Klein, Trei, Honkomp and Ommen. NAYS: None. Whereupon, the Mayor declared the ordinance to be adopted.

Brian Mino would like to donate two lots that he has on Main Street to the City of Ashton. A motion was made by Trei and seconded by Honkomp to accept the two lots. All were in favor. The motion was carried.

A motion was made by Honkomp and seconded by Trei to increase leachate rates charged to Northwest Iowa Area Solid Waste Agency from $18.00/1000 gallons to $20.00/1000 gallons effective January 1, 2018. All were in favor. The motion was carried.

The City of Ashton will now provide a link to view and print utility bills online. Bills may also be paid online with a credit card or by echeck for a service fee of $3.00 per $100.00. This option will be provided by Hamet Enterprises. A motion was made by Trei and seconded by Klein to approve the internet processing, professional services agreement with Hamet Enterprises. All were in favor. The motion was carried.

A motion was made by Trei and seconded by Honkomp to approve the clerk's reports. All were in favor. The motion was carried.

A motion was made by Honkomp and seconded by Trei to approve the following bills. All were in favor. The motion was carried.

**Bills paid in vacation**
| | |
|---|---|
| Heather A. Grothuschen, Library wages | 140.39 |
| Timothy J. Christiansen, Library wages | 108.86 |
| IRS, federal tax deposit | 1,877.48 |

**December Bills**
| | |
|---|---|
| Iowa Finance Authority, interest on sewer lift station loan | 3,470.00 |
| William Honkomp, November garbage collection | 2,448.20 |
| Andrew J. Gacke, November salary | 2,893.25 |

### Notice

**NOTICE OF SHERIFF'S LEVY AND SALE**

**IN THE IOWA DISTRICT COURT FOR OSCEOLA COUNTY**

FARM CREDIT SERVICES OF AMERICA, FLCA
PLAINTIFF
VS.
DEFENDANT: BRAAKSMA, DALE W. – IN REM
DEFENDANT: BRAAKSMA, DANNA S. – IN REM
DEFENDANT: BRAAKSMA GRAIN FARMS INC.
DEFENDANT: ESTATE OF TENA STEENSMA
DEFENDANT: SIBLEY STATE BANK
DEFENDANT: PARTIES IN POSSESSION

Docket No. (Sale No.) 17-1123(1)
Court Case #EQCV020081
Special Execution

As a result of the judgment rendered in the above referenced court case, an execution was issued by the court to the Sheriff of this county. The execution ordered the sale of defendant(s) rights, title, and interest in Real Estate Property to satisfy the judgment. The property to be sold is:
THE WEST THIRTY-THREE AND SEVENTY-FIVE HUNDREDTHS ACRES (W.33.75 ACS.) OF THE EAST EIGHTY-SIX AND TWENTY-FIVE HUNDREDTHS ACRES (E.86.25 ACS.) OF THE SOUTHEAST QUARTER (SE-1/4) OF SECTION FOUR (4), TOWNSHIP NINETY-EIGHT (98) NORTH, RANGE FORTY-ONE (41) WEST OF THE 5TH P.M., OSCEOLA COUNTY IOWA, ALSO DESCRIBED AS PARCEL A IN THE SOUTHWEST QUARTER (SE-1/4) OF SECTION FOUR (4), TOWNSHIP NINETY-EIGHT (98) NORTH, RANGE FORTY-ONE (41) WEST OF THE 5TH P.M., OSCEOLA COUNTY, IOWA, AS MORE FULLY DESCRIBED IN A SURVEY DATED NOVEMBER 29, 2004, AND RECORDED NOVEMBER 30, 2004 AS DOCUMENT NO.20041523 OF THE RECORDS OF THE OSCEOLA COUNTY RECORDER'S OFFICE.

The described property will be offered for sale at public auction for cash only as follows:
Date of Sale: 02/27/2018
Time of Sale: 10:00 A.M.
Place of Sale: OSCEOLA COUNTY SHERIFF'S OFFICE
Homestead: Defendant is advised that if the described real estate includes the homestead (which must not exceed 1/2 Acre if within a city or town plat, or, if rural, must not exceed 40 acres), defendant must file a homestead plat with the Sheriff within ten (10) days after service of this notice, or the Sheriff will have it platted and charge the costs to this case.
Redemption: After the sale of real estate, defendant may redeem the property within ONE YEAR.
Property Exemption: Certain money or property may be exempt. Contact your attorney promptly to review specific provisions of the law and file appropriate notice, if

Case 5:18-cv-04023-LTS Document 2-3 Filed 03/08/18 Page 1 of 1