# EXHIBIT D

# Sibley officials mull 'negative' website

### Concerned issues on page 'hurting the city'

**BY LANA BRADSTREAM**
LBRADSTREAM@NWESTIOWA.COM

SIBLEY—A website asking whether or not people should move to Sibley was changed recently.

The site — shouldyoumovetosibleyia.com — was briefly discussed at a Dec. 11 Sibley City Council meeting. Minutes from the meeting state: "Discussed a negative website regarding moving to Sibley that was posted — attorney sending letter to get it down."

City administrator Glenn Anderson, mayor Jerry Johnson and city councilman Larry Pedley all said the city council did not authorize a letter to be sent.

Johnson would not identify who wrote a letter.

He said he thinks the city council said if the person writing the letter wanted to send the letter to the website administrator, that person could go ahead.

"There might be some legal stuff coming down the road," Johnson said. "This is a sticky thing. We would like to leave it alone for now."

Sibley city attorney Harold Dawson said the city is not considering any legal action at this point, and that he did not send the letter to website owner Josh Harms of Sibley.

Harms declined an interview, stating he had a meeting scheduled with an attorney.

The website changed dramatically since the letter was sent. Shouldyoumovetosibleyia.coms home page begins:

"Should you move to Sibley, Iowa? Only you can answer that. But if you can't decide, I'll give you my *opinion* on both the good and the bad so that you can make an informed decision."

Dawson said the site originally was created in 2015 in response to significant problems with the Iowa Drying



> Most likely whoever it was did not think about updating the webpage and it was done in anger and forgotten about.
>
> **Larry Pedley**
> SIBLEY CITY COUNCILMAN

and Processing facility — problems that have since been mostly resolved — and contained outdated information about the situation.

"The website made it sound like the issue was continuing," Dawson said.

### 'City wanted it changed'

Even though the website has been in existence for two years, Dawson said it was not discussed in a public forum until recently.

He said he cannot say that he saw it in 2015, but city officials thought the information was inaccurate, and they wanted to make sure it was corrected.

The attorney said the updated website makes it clear the owner is simply expressing an opinion, which he has a right to.

"It was originally not an opinion piece, but stated facts that existed two years ago," Dawson said. "The city recognizes that he can say whatever he wants. The city wanted it changed or taken down because it was thought it might be hurting the city."

Whether or not the website had any effect on the city, businesses or residents has not been determined. However, Pedley said it was a detriment to the city and to the businesses.

"You would do a search of Sibley and end up on that site," he said. "Most likely whoever it was did not think about updating the webpage and it was done in anger and forgotten about. If he is aware of it and has updated it, that is fantastic."

The issue addressed by shouldyoumovetosibleyia.com was a frequent, strong odor that permeated the town and was emanating from the facility. Numerous citations were issued to IDP regarding the smell. The city wanted the company to comply with a March 2016 decision, and IDP wanted the city to stop fining it for nuisance violations. Neither party wanted to see the matter end up in federal court, and in July 2017, lawsuits filed by both the city and IDP against one another were dismissed.

Old information obtained regarding information previously written on shouldyoumovetosibleyia.com showed the website stated Sibley still was being polluted with odors as of Sept. 22, 2017. A citation was filed by Osceola County Sheriff's Department chief deputy Kevin Wollmuth against IDP for "offensive smells which are dangerous to health, comfort or property of individuals and the public" on Sept. 11, 2017. The citation ordered a $1,000 fine to be paid by Sept. 25, or a court appearance be made on the same date. A hearing has been set for Jan. 8.

Shouldyoumovetosibleyia.com now states the smell issue is "mostly no longer a problem at the time of this writing."

Johnson said he hopes the website it eventually taken down, even the revised edition.

He said that IDP is a good citizen, and when there is a hint of a smell, the company takes steps to correct it right away.

"Comparing what it was to what it is now, I would say it is 95 percent cleaned up," he said.

---

**Should you move to Sibley, Iowa?**



ONLY YOU CAN ANSWER THAT

But if you can't decide, I'll give you my opinion on both the good and the bad so that you can make an informed decision.

I've lived in Sibley for nearly my entire life, excluding a brief period where I lived in the town of Ocheyedan, 12 miles to the east. I've been a child here, a student here, and now a homeowner.

When I created this website it may have surprised many readers to have learned that, contrary to what some of them have implied (!), I really do enjoy living here. Among my friends from school - now over a decade ago - I was one of only three to stay here after finishing college.

Sometimes I honestly wish that my spouse and I had decided to move to a bigger city like Sioux Falls, South Dakota, or even a bigger town like Sheldon, Iowa to the south, or Worthington, Minnesota to the north. But I'd be lying if I said there weren't times we're glad we stayed in Sibley, too.

Throughout the rest of this page, I'm going to do my best to explain that Sibley has a lot of

The home page of the website shouldyoumovetosibleyia.com has changed following concerns aired by the Sibley City Council at a recent meeting. City officials said the website initially listed as fact information that was opinionated.

Case 5:18-cv-04023-LTS   Document 2-4   Filed 03/08/18   Page 1 of 1