UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **JOSHUA HARMS,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF SIBLEY, IOWA, GLENN ANDERSON, Sibley City Administrator**, *in his individual and official capacity,* and **SUSAN SEMBACH, Sibley City Clerk**, *in her individual and official capacity*,<br><br>Defendants. | Case No. 5:18-cv-4023<br><br><br>**PLAINTIFF'S MOTION FOR OVERLENGHT BRIEF**<br><br>LOCAL RULE 7(h) |

## PLAINTIFF'S MOTION TO FILE OVER-LENGTH BRIEF

COMES NOW, Plaintiff, by and through his attorneys pursuant to Local Rule 7(h), and respectfully move this Court for leave to file an over-length brief, attached as Plaintiffs' Brief in Support of Its Motion for a Preliminary Injunction:

1. Because this Motion and Brief are filed concurrently with the Complaint, obtaining consent from the Defendants is impracticable;

2. Plaintiffs require just lightly more than 20 pages given the substantive analysis needed to effectively demonstrate likelihood of success on the merits on each of its three First Amendment claims in support of its motion for a preliminary injunction in this action in the manner that will best assist this Court in rendering a decision in this matter;

3. Concision has been prioritized in the drafting of the brief.

March 8, 2018.

Respectfully submitted,

/s/ Rita Bettis
**Rita Bettis**, AT0011558
ACLU OF IOWA FOUNDATION, INC.
505 Fifth Ave., Ste. 808
Des Moines, IA 50309–2317
Telephone: 515.243.3988
Fax: 515.243.8506
rita.bettis@aclu-ia.org

*s/Glen S. Downey*
Glen S. Downey                    AT0012428

DOWNEY & MUNDY, PLLC
303 E. Court Avenue
Des Moines, IA  50309
Tel: (515) 288-1552
Fax: (515) 259-7599
glen@downeymundy.com
nathan@downeymundy.com

*Attorneys for Plaintiff*