UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOSHUA HARMS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SIBLEY, IOWA, GLENN ANDERSON, Sibley City Administrator, in his individual and official capacity, and SUSAN SEMBACH, Sibley City Clerk, in her individual and official capacity,<br><br>    Appellee. | Case No.: 5:18-cv-4023<br><br><br>JOINT MOTION FOR A STIPULATED INJUNCTION |

COME NOW the Plaintiff Joshua Harms by and through counsel and the Defendants City of Sibley, Iowa, Glenn Anderson, and Susan Sembach by and through counsel and move this Court for a Stipulated Injunction as follows:

1. On March 8, 2018, the Plaintiff filed a Complaint in the United States District Court for the Northern District of Iowa against the Defendants. That Complaint lists various actions which the Plaintiff contends are violative of his First Amendment rights.

2. While the Defendants do not admit to every allegation in the Plaintiff's complaint, the parties jointly stipulate to the facts contained in the accompanying proposed Stipulated Injunction.

3. The parties jointly pray that the Court enter the Stipulated Injunction and that such injunction resolve the Plaintiff's Complaint.

WHEREFORE, the Plaintiff Joshua Harms and the Defendants City of Sibley, Iowa, Glenn Anderson, and Susan Sembach jointly pray that the Court enter the attached Stipulated Injunction.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/Glen S. Downey<br>Glen S. Downey<br>DOWNEY & MUNDY, PLLC<br>303 E. Court Avenue<br>Des Moines, IA  50309<br>Telephone:  515-288-1552<br>Facsimile:  515-259-7599<br>glen@downeymundy.com | HOPKINS & HUEBNER, P.C.<br><br>By */s/ Hugh J. Cain*<br>   Hugh J. Cain, AT0001379 |
| /s/ Rita Bettis<br>Rita Bettis<br>ACLU OF IOWA FOUNDATION, INC.<br>505 Fifth Ave., Suite 808<br>Des Moines, IA  50309<br>Telephone:  515-243-3988<br>Facsimile:  515-243-8506<br>Rita.bettis@aclu-ia.org | By /s/ Brent L. Hinders<br>   Brent L. Hinders, AT0003519<br>  2700 Grand Avenue, Suite 111<br>   Des Moines, IA 50312<br>   Telephone:  515-244-0111<br>   Facsimile:   515-244-8935<br>    hcain@hhlawpc.com<br>    bhinders@hhlawpc.com<br>   ATTORNEYS FOR DEFENDANTS |
| ATTORNEYS FOR PLAINTIFF | |
| Original filed. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

All participants in this case are registered CM/ECF users and will served by the CM/ECF system.

Date: March 27, 2018

/s/Rita Bettis
Rita Bettis
