# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JOSHUA HARMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SIBLEY, IOWA, GLENN ANDERSON, Sibley City Administrator, in his individual and official capacity, and SUSAN SEMBACH, Sibley City Clerk, in her individual and official capacity,<br><br>　　　　Appellee. | Case No.: 5:18-cv-4023<br><br><br>**STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

COME NOW the parties, by their counsel of record, pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), and hereby stipulate to dismissal of the above-captioned lawsuit with prejudice. Such dismissal is not intended to dismiss the Stipulated Injunction and such Stipulated Injunction survives this dismissal.

April 5, 2018.

Respectfully submitted,

s/Glen S. Downey  
**Glen S. Downey**, AT0012428  
DOWNEY & MUNDY, PLLC  
303 E. Court Avenue  
Des Moines, IA  50309  
Tel: (515) 288-1552  
Fax: (515) 259-7599  
glen@downeymundy.com  
nathan@downeymundy.com  

/s/ Rita Bettis  
**Rita Bettis**, AT0011558  
ACLU OF IOWA FOUNDATION, INC.  
505 Fifth Ave., Ste. 808  
Des Moines, IA 50309–2317  
Telephone: 515.243.3988  
Fax: 515.243.8506  
rita.bettis@aclu-ia.org  

*Attorneys for Plaintiff*

HOPKINS & HUEBNER, P.C.

By */s/ Hugh J. Cain*
   Hugh J. Cain, AT0001379

By */s/ Brent L. Hinders*
   Brent L. Hinders, AT0003519
   2700 Grand Avenue, Suite 111
   Des Moines, IA 50312

                    *Attorneys for Defendant*

Original filed.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

All participants in this case are registered CM/ECF users and will served by the CM/ECF system.

Date: April 5, 2018

/s/Rita Bettis  
Rita Bettis